U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 1 2017

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. _____ |
| | * | 18 U.S.C. § 875(c) |
| VERSUS | * | |
| | * | 6:17-CR-00261 |
| SOHAIL AHMED RANA   (01) | * | Judge Drell |
| | | Magistrate Judge Hanna |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**

**THREATS BY INTERSTATE COMMUNICATIONS**
**[18 U.S.C. § 875(c)]**

On or about the 17th day of July, 2017, in the Western District of Louisiana, and elsewhere, the defendant, SOHAIL AHMED RANA, did knowingly transmit in interstate commerce, from the State of Colorado to the State of Louisiana, a communication, that is, a telephone call to the office of C.H., a person known to the Grand Jury, and the communication contained a death threat to C.H., in violation of Title 18, United States Code, Section 875(c). [18 U.S.C. § 875(c)].

A TRUE BILL:

**REDACTED**

_____
FOREPERSON: GRAND JURY

ALEXANDER C. VAN HOOK
Acting United States Attorney

_/s/_____
DAVID J. AYO, La. Bar No. 28868
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618