UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:17-CR-00261-01 |
| | * 18 U.S.C. § 875(c) |
| VERSUS | * |
| | * DISTRICT JUDGE DRELL |
| SOHAIL AHMED RANA | * MAGISTRATE JUDGE HANNA |

## MOTION TO REVOKE PRETRIAL RELEASE

NOW INTO COURT, comes the United States of America, through the undersigned Assistant United States Attorney, who moves this Honorable Court pursuant to 18 U.S.C. § 3148 to revoke the pretrial release of Defendant Sohail Ahmed Rana and would respectfully represent:

1.

On October 11, 2017, Rana was indicted on one count of Threats by Interstate Communications in violation of 18 U.S.C. § 875(c).  (Doc. 1).  Rana was initially detained, but was released pursuant to an Order Setting Conditions of Release entered on January 26, 2018.  (Doc. 40).

2.

The order required, among other things, that Rana not violate federal, state, or local law, while on release, and that Rana was not to reside at the same residence as his son, Logan Rana.  (Doc. 40 at 2).

3.

On July 30, 2018, the defendant and his son were arrested and charged with domestic abuse battery.  The undersigned understands the defendant and his son were involved in an altercation and that his son had been residing with him, in violation of this Court's order of release.

4.

The Government requests, pursuant to 18 U.S.C. § 3148, that Rana's release be revoked and that he be detained pending his sentencing on October 9, 2018.

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney

_s/ David J. Ayo_
DAVID J. AYO, Bar No. 28868
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana  70501-6832
Telephone (337) 262-6618

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:17-CR-00261-01 |
| | * | 18 U.S.C. § 875(c) |
| VERSUS | * | |
| | * | DISTRICT JUDGE DRELL |
| SOHAIL AHMED RANA | * | MAGISTRATE JUDGE HANNA |

## C E R T I F I C A T E

I hereby certify that on August 2, 2018, a copy of the foregoing motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Mr. Wayne Blanchard by operation of the court's electronic filing system.

DAVID C. JOSEPH
United States Attorney

 *s/ David J. Ayo*
DAVID J. AYO, Bar No. 28868
Assistant United States Attorney